B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of Maryland

In re  Douglas Rice
       Velarie M. Harvell                              ,       Case No.  15-10631

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as
Trustee of Chalet Series III Trust
Name of Transferee

Name and Address where notices to transferee
should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:  800-603-0836
Last Four Digits of Acct #:  8594

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Federal National Mortgage Association
Name of Transferor

Court Claim # (if known):  9-2
Amount of Claim:  $299,276.10
Date Claim Filed:  09/25/2015

Phone:
Last Four Digits of Acct. #:  8446

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                    Date:  02/19/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.